In the Matter of Mary O. Scott.— Motion granted, with ten dollars costs.

Alvin B. Beringer v. Patrick Frawley.— Motion granted, unless appellant complies with terms stated in order.

Guardian Trust Company v. Church Construction Company.— Motion granted, with ten dollars costs.

Oliver Typewriter Company v. Typewriter Inspection Company.— Motion granted, with ten dollars costs.

Julius Weinman' v. John S. Shea, .Individually and as Sheriff of the County of New York.— Motion granted, unless appellant complies with terms stated in order.

The People of the State of New York v. Tom Lee and Another. The People of the State of New York v. Louis Cohen. The People of the State of New York v. Michael Maio. The People of the State of New York v. Concetto Capadonna.— Motions granted.

John H. Campbell v. John C. Rodgers.— Application denied, with ten dollars costs. Order signed.

The City of New York v. Henry J. Fredericks.— Application granted. Order signed.

John Seebach v. Charles Fenkart (2 cases).—Applications denied, with ten dollars costs. Orders signed.

Solomon L. Pakas v. Frank C. Hurley.— Reargument ordered.

Clifford Seasongood v. Henry L. Prager.— Motion denied, with ten dollars costs.

Clarence L. Barber v. Edward W. Davidson.— Motion denied, with ten dollars costs.

. In the Matter of Max D. Quitman.— Reference ordered to Hon. J. J. Freedman, official referee. Order to be settled on notice.

Cornelius J. Sullivan v. Ryan-Parker Construction Company (2 cases). — Motions denied, with ten dollars costs.

In the Matter of Alice Rowland.— Motion granted. Order to be settled on notice.

Niagara Woodworking Company, Respondent, v. Oussani Construction Company and Others, Appellants.— Judgment affirmed, with costs. No opinion.

Eustacio Evans, as Treasurer of San Manuel Lodge, No. 1,794, of the Grand United Order of Odd Fellows in America, Appellant, v. J. Thomas Johnstone, as District Grand Treasurer of District Grand Lodge No. 2 of the Grand United Order of Odd Fellows in America, Respondent.— Judgment affirmed, with costs. No opinion.

Walburga Grubel, Appellant, v. Gustav Nassauer, Respondent.— Judgment affirmed, with costs, on opinion of Greenbaum, J. (Reported in 71 Misc. Rep. 585.)

Annie Goodnoff, an Infant, by Louis Goodnoff, Her Guardian ad Litem, Respondent, v. Abraham M. Levy, Appellant. Louis Goodnoff, Respond-